146 A.3d 464

**WILLIAMS, Dexter**

v.

**STATE of Maryland**

**No. 215, Sept. Term, 2016**

Court of Appeals of Maryland.

September 2, 2016

Opinion of the Court of Special Appeals unreported (No. 1466, Sept. Term 2015).

Petition for writ of certiorari granted.

■

146 A.3d 464

**GIBSON, Antwann**

v.

**STATE of Maryland**

**No. 125, Sept.Term, 2016**

Court of Appeals of Maryland.

September 28, 2016

Opinion of the Court of Special Appeals unreported (No. 647, Sept. Term, 2015).

Petition for writ of certiorari granted.